UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LPP MORTGAGE, LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:04CV67 CDP |
| | ) | |
| HANDI-PAC, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## **MEMORANDUM AND ORDER**

This case is set for trial on Monday, December 5, 2005. The parties' pretrial submissions were due no later than November 15, 2005. Neither party has filed any pretrial submissions. Additionally, defendant filed a motion to compel production of documents on November 4, 2005. Plaintiff has not responded to that motion, and its time for doing so has expired. The parties may have forgotten about this case, but the Court has not. Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion to compel production of documents [#48] is granted, and plaintiff shall produce all documents that were the subject of the motion forthwith.

**IT IS FURTHER ORDERED** that both parties shall show cause why sanctions should not be imposed for their failure to file their pretrial submissions.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of November, 2005.